IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Danita L. Sumter, | ) | C/A: 3:11-3485-JFA-PJG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Blue Cross Blue Shield of South Carolina, | ) ) ) | |
| Defendant. | ) ) | |

In this case asserting claims for employment discrimination, defamation, and violation of the South Carolina Wage Payments Act, the Magistrate Judge has filed a Report and Recommendation suggesting that defendant's motion for summary judgment should be granted. The deadline within which to file objections to that Report and Recommendation is August 29, 2014, the date of this order.

Plaintiff, through counsel, has filed a motion to stay this litigation (ECF No. 73), including a stay of plaintiff's deadline to file objections to the Magistrate Judge's Report and Recommendation, "so that plaintiff's counsel and plaintiff's bankruptcy counsel are able to ascertain plaintiff's intentions on moving forward with this litigation."

The difficulty is that this action has been pending for nearly two years, and the motion that underlies the Report and Recommendation appears on this court's list of motions that have been pending more than six months, which motions must be reported to the Administrative Office of the United States Courts. Thus, the court is not inclined to grant

1

a stay that would extend the court's ability to rule on this case until after September 30, 3014.

Although the court is amenable to a short extension of the deadline, it appears that whatever discussions that need to occur can occur within the near future. Accordingly, the court will grant the plaintiff's motion in part and extend the deadline within which to file objections to the Report and Recommendation until Monday, September 22, 2014. This deadline will not be further extended.

IT IS SO ORDERED.

August 29, 2014                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge