IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Danita L. Sumter, | C/A No.:  3:11-03485-JFA |
| Plaintiff, | |
| v. | ORDER |
| Blue Cross Blue Shield of SC, | |
| Defendant. | |

The plaintiff, Danita L. Sumter ("Plaintiff"), filed this employment case alleging claims pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e, *et seq*., as well as state law claims of defamation and violation of the South Carolina Payment of Wages Act, S.C. Code Ann. § 41-10-10, *et seq*., against her former employer, Blue Cross Blue Shield of SC ("Defendant").  Defendant has moved for summary judgment (ECF No. 57), which Plaintiff opposes.  (ECF No. 63).

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation ("Report") wherein she recommends that the court grant Defendant's Motion for Summary Judgment.  The Report sets forth the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

Plaintiff was advised of her right to file objections to the Report, which was entered on the docket on August 12, 2014.  (ECF No. 71).  Plaintiff requested an extension of the deadline to file objections to the Report, which was granted, setting a new deadline of September 22,

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court.  *Mathews v. Weber*, 423 U.S. 261 (1976).  The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions.  28 U.S.C. § 636(b)(1).

2014.  (ECF Nos. 73 & 74).  However, Plaintiff did not file any objections.  In the absence of specific objections to the Report of the Magistrate Judge, this Court is not required to provide any explanation for adopting the recommendation.  *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law.  This Court finds the Magistrate Judge's recommendation proper and incorporates it herein by reference.  Accordingly, this Court grants Defendant's Motion for Summary Judgment, ECF No. 57.

IT IS SO ORDERED.

September 24, 2014                                   Joseph F. Anderson, Jr.
Columbia, South Carolina                            United States District Judge